IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV249

| | |
|---|---|
| RANKIN-PATTERSON OIL COMPANY, INC. and PATTERSON-UNRUH CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED ENERGY DISTRIBUTORS, INC., <br><br> Defendant. | ORDER |

This matter is before the court upon Plaintiffs' Motion for a Preliminary Injunction. A hearing was held in this matter on July 25, 2007. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiffs' Motion for a Preliminary Injunction is hereby DENIED;

IT IS FURTHER ORDERED that the Temporary Restraining Order is hereby dissolved.

Signed: July 25, 2007

Graham C. Mullen
United States District Judge