# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:07cv249

| | |
|---|---|
| RANKIN-PATTERSON OIL COMPANY, INC. and PATTERSON-UNRUH CORPORATION, )))))) | |
| Plaintiffs, )) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| UNITED ENERGY DISTRIBUTORS, INC., )))) | |
| Defendant. ))) | |

**THIS MATTER** is before the Court *sua sponte* to ascertain the status of mediation.

By Pretrial Order and Case Management Plan entered in this matter on August 29, 2007, the parties were to complete mediation on or before February 15, 2008. As a result, the Court will require the parties to file a joint statement regarding mediation.

**IT IS, THEREFORE, ORDERED** that on or before February 26, 2008, the parties shall file a joint statement advising whether mediation occurred and the outcome thereof.

Martin Reidinger
United States District Judge

Signed: February 18, 2008