IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:07-cv-249-MR-DLH

FILED
ASHEVILLE, N.C.

MAR - 3 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

RANKIN-PATTERSON OIL, )
COMPANY, INC. and PATTERSON- )
UNRUH CORPORATION, )
)
Plaintiffs, )
)   **ORDER OF DISMISSAL**
v. )   **WITH PREJUDICE**
)
UNITED ENERGY DISTRIBUTORS, )
INC., )
)
Defendant. )
)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby ordered that Plaintiffs' Complaint is dismissed with prejudice. Each party is to bear their own fees and costs.

_____
JUDGE PRESIDING
UNITED STATES DISTRICT COURT

WE CONSENT:

_____
Albert L. Sneed, Jr.
N.C. Bar No. 5842

Van Winkle, Buck, Wall, Starnes & Davis, P.A.
P. O. Box 7376
Asheville, NC 28802
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
asneed@vwlawfirm.com

Attorneys for Plaintiffs

_____
John E. Grupp
N.C. Bar No. 22089

Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
johngrupp@parkerpoe.com

Attorneys for Defendant

CLT 1110244v1