UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 1:07cv249

| | |
|---|---|
| **RANKIN-PATTERSON OIL, COMPANY, INC. et al,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| **UNITED ENERGY DISTRIBUTORS, INC.,** | ) |
| | |
| Defendants. | ) |

CLERK'S ORDER OF DISBURSEMENT

This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk. A bond in the amount of $2,000.00 was posted by Plaintiff Rankin-Patterson Oil on July 17, 2007.

An audit of the court's accounts revealed this matter was dismissed with prejudice on March 3, 2008, thus closing the case.

Therefore, the bond in the amount of $2,000.00 shall be returned to Plaintiff Rankin-Patterson Oil.

So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Frank G. Johns, Clerk
United States District Court